UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LAKEHEAD PIPE LINE COMPANY, LIMITED PARTNERSHIP, AND LAKEHEAD PIPE LINE COMPANY, INC.,

Plaintiffs,

and

PLUMMER EXCAVATING, INC., A MINNESOTA CORPORATION,

Plaintiff,

vs.

AMERICAN RURAL, A DIVISION OF UNION INSURANCE COMPANY, a Nebraska Corporation licensed to do business in the State of Minnesota,

Defendant.

Civil File No. 01-1001 PAM/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
AND ORDER

---

Plaintiffs Lakehead Pipe Line Company, Limited Partnership, and Lakehead Pipe Line Company, Inc., plaintiff Plummer Excavating, Inc. and defendant American Rural, a Division of Union Insurance Company, through the undersigned counsel, hereby stipulate and agree that the claims and counterclaims which are the subject of the above-referenced action have been resolved, and judgment may be entered dismissing with prejudice the action, including any counterclaims, without costs and disbursements to any party.



FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 12 2001
DEPUTY CLERK

Dated this 21 day of September, 2001.

**FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.**

Stephanie A. Ball
Attorney Registration No. 191991
700 Lonsdale Building
302 West Superior Street
Duluth, Minnesota 55802
(218) 722-0861
ATTORNEYS FOR PLAINTIFFS LAKEHEAD PIPE LINE COMPANY LIMITED PARTNERSHIP, AND LAKEHEAD PIPE LINE COMPANY, INC.

Dated this 25 day of September, 2001.

**CHARLSON, MARBEN & JORGENSON**

Michael L. Jorgenson
Attorney Registration No. 186144
119 W. Second Street
P.O. Box 506
Thief River Falls, MN 56701
(218) 681-4002
ATTORNEYS FOR PLAINTIFF PLUMMER EXCAVATING, INC.

Dated this 10 day of October, 2001.

**JOHNSON & CONDON**

Dale Thornsjo
Attorney Registration No. 162048
7235 Ohms Lane
Minneapolis, MN 55439
(952) 806-0498
ATTORNEYS FOR DEFENDANT AMERICAN RURAL, A DIVISION OF UNION INSURANCE COMPANY

**ORDER**

Based on the Stipulation of Dismissal With Prejudice filed by the parties,

IT IS HEREBY ORDERED that judgment of dismissal with prejudice, including any counterclaims, shall be entered without costs and disbursements to any party.

Dated this 11th day of October, 2001.

BY THE COURT:

Judge of District Court